IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SOUTHERN NEW MEXICO
NEUROSURGERY, LLC,

    Plaintiff/Counter Defendant,

v.                                                 No. CV 19-465 JB/CG

BLAKE HARDIN, et al.,

    Defendants/Counter Claimants.

### ORDER VACATING INITIAL SCHEDULING ORDER

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 9), filed June 10, 2019, is **VACATED**.

**IT IS FUTHER ORDERED** that the Telephonic Rule 16 Conference scheduled for July 9, 2019, at 2:00 p.m. is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE