# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SOUTHERN NEW MEXICO
NEUROSURGERY, LLC,

    Plaintiff/Counter Defendant,

v.                                                         No. CV 19-465 JB/CG

BLAKE HARDIN, et al.,

    Defendants/Counter Claimants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Thursday, August 22, 2019, at 2:00 p.m.** The parties shall be prepared to discuss setting a settlement conference in this case.

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE