# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SOUTHERN NEW MEXICO
NEUROSURGERY, LLC.,

    Plaintiff,

v.                                            CV No. 19-465 JB/CG

BLAKE HARDIN

    Defendant.

## ORDER SETTING TELEPHONIC HEARING

**THIS MATTER** is before the Court on Defendant's *Motion to Quash*, (Doc. 70), and *Motion to Stay*, (Doc. 71), filed September 23, 2019. **IT IS HEREBY ORDERED** that a hearing will be held by telephone on **Tuesday, September 24, 2019, at 10:30 a.m.**

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE