# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SOUTHERN NEW MEXICO
NEUROSURGERY, LLC,

    Plaintiff/Counter Defendant,

v.                                                             No. CV 19-465 JB/CG

BLAKE HARDIN, et al.,

    Defendants/Counter Claimants.

## ORDER VACATING MOTION HEARING

**THIS MATTER** is before the Court upon conferring with Plaintiff's counsel and noting Defendants' *Motion to Stay*, (Doc. 71), and *Motion to Quash*, (Doc. 70), have been resolved.

**IT IS HEREBY ORDERED** that the Court's Motion Hearing, (Doc. 72), scheduled for September 24, 2019, at 10:30a.m., is **VACATED**.

**IT IS SO ORDERED**.

                                                      THE HONORABLE CARMEN E. GARZA
                                                      UNITED STATES MAGISTRATE JUDGE