IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SOUTHERN NEW MEXICO
NEUROSURGERY, LLC,

      Plaintiff,

vs.                                                                                                                                                                                              No. CIV 19-0465 JB

BLAKE HARDIN, AND HARDIN
TECHNOLOGY, LP,

      Defendants.

# **ORDER**[1]

**THIS MATTER** comes before the Court on: (i) the Nonparties' Motion to Quash Subpoenas and For Protective Order, filed October 7, 2019 (Doc. 88)("Motion to Quash"); and (ii) the Nonparties' Oral Emergency Motion to Reconsider, made October 29, 2019 ("Motion to Reconsider"). The Court held hearings on October 23, 2019, and October 29, 2019. The primary issues in this case are: (i) whether the subpoenas should be quashed or modified because Southern New Mexico Neurosurgery improperly served the subpoenas to circumvent the state case's stay and is causing an undue burden to the nonparties who are taking care of an ill family member; and (ii) whether the Court should allow the nonparties to reschedule their depositions because they are out-of-state with an ill family member. For the reasons stated on the October 23, 2019, Motion

---

[1]This Order disposes of the Motion to Quash Subpoenas and For Protective Order, filed October 7, 2019 (Doc. 88)("Motion to Quash"), and the Nonparties' Oral Emergency Motion to Reconsider, made October 29, 2019 ("Motion to Reconsider"). The Court will issue a Memorandum Opinion at a later date more fully detailing its rationale for the decision.

Hearing's record, and the October 29, 2019, Motion Hearing's record, the Court denies the Motion to Quash and the Motion to Reconsider, and orders the nonparties to appear for their noticed and subpoenaed October 30, 2019, and October 31, 2019, depositions.

**IT IS ORDERED** that the Nonparties' Motion to Quash Subpoenas and For Protective Order, filed October 7, 2019 (Doc. 88), and the Noparties' Emergency Oral Motion to Reconsider, made October 29, 2019, are denied and the nonparties are ordered to appear for their noticed and subpoenaed depositions on October 30, 2019, and October 31, 2019.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Ben Stearman Furth
Paul Darby Hibner
The Furth Law Firm, P.A.
Las Cruces, New Mexico

    *Attorneys for the Plaintiff*

Michael J. Shane
Gordon Davis Johnson & Shane P.C.
El Paso, Texas

--and--

Rene Ordonez
Robert Michael Estrada
Steven J. Blanco
Blanco, Ordonez & Wallace, P.C.
El Paso, Texas

    *Attorneys for the Defendants*

Nicholas Thomas Hart
Harrison & Hart, LLC
Albuquerque, New Mexico

    *Attorney for the Nonparties*